**In re James Daniel SPORISH,**
**Petitioner.**

**No. 15–1575.**

United States Court of Appeals,
Third Circuit.

Submitted Pursuant to Fed. R.App. Pro. 21
April 23, 2015.

Opinion filed: July 15, 2015.

James Daniel Sporish, Albion Sci, Albion, PA, pro se.

Before: McKEE, Chief Judge, GARTH and BARRY, Circuit Judges.

OPINION *

PER CURIAM.

Petitioner James Sporish, a Pennsylvania state prisoner, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on July 19, 2012. The case was referred to a Magistrate Judge. The District Attorney's Office of Delaware County filed a response on September 13, 2012. In early 2013, Sporish amended his petition, and filed several motions, including a motion for discovery. The state promptly responded to these filings. In October 2013, the case was marked closed and placed in civil suspense pending a report from the Magistrate Judge.

On March 10, 2015, Sporish filed a petition for a writ of mandamus pursuant to 28 U.S.C. § 1651 with this Court, alleging extraordinary delay in the adjudication of his petition below. Subsequently, on May 7, 2015, the Magistrate Judge denied all of Sporish's outstanding motions and entered a Report & Recommendation recommending that Sporish's habeas petition be denied with prejudice. Accordingly, because Sporish has obtained the relief he requested, the mandamus petition will be dismissed as moot. *See Blanciak v. Alleghe-*

* This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not

*ny Ludlum Corp.,* 77 F.3d 690, 698–99 (3d Cir.1996).

constitute binding precedent.